IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GRANADOS,<br><br>Defendant. | **Case No.:** CR 18–0403 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING BY**<br>**ONE WEEK TO APRIL 9, 2019** |

The parties in the above-caption matter are currently set for a stipulated testimony bench trial and defense request for referral to the CAP program on Tuesday March 26, 2019, at 2:00 p.m. Unfortunately, due to an urgent medical issue, undersigned counsel for Defendant Jose Granados is unable to attend court on that date. Accordingly, the parties stipulate and jointly request that the matter be continued one week to April 9, 2019, at 2:00 p.m.

IT IS SO STIPULATED.

|  |  |
|---|---|
| March 25, 2019<br>Dated | DAVID ANDERSON<br>United States Attorney<br>Northern District of California |
|  | /S<br>JOSEPH SPRINGSTEEN<br>Assistant United States Attorney |
| March 25, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|  | /S<br>DANIEL P. BLANK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

March 25, 2019
Dated

IT IS SO ORDERED AS MODIFIED
Judge William Alsup